**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-02899

WILLIAM SELBY,

 Plaintiff,

v.

HANNOVER LIFE REASSURANCE COMPANY OF AMERICA,

 Defendant.

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

Defendant, Hannover Life Reassurance Company of America, ("Defendant"), through undersigned counsel, respectfully submit this Notice of Removal of this action from the District Court, City and County of Denver, Colorado, the court in which this case is presently pending as Case No. 2020CV32248, to the United States District Court for the District of Colorado. This Notice of Removal is filed under 28 U.S.C. § 1441 and 1446, as well as D.C.COLO.LCivR 81.1. As grounds for removal, Defendants state as follows:

## BACKGROUND

1. On August 21, 2020, Plaintiff William Selby ("Plaintiff") commenced an action in the District Court, City and County of Denver, Colorado, entitled *William Selby v. Hannover Life Reassurance Company of America*, Case No. 2020CV32248 (hereinafter referred to as "the State Action").  A true and correct copy of the Amended Complaint is attached as **Exhibit A**.

2. Defendant waived service on August 25, 2020. A true and correct copy of the Waiver and Acceptance of Service ("Waiver") is attached as **Exhibit B**. A true and correct copy of the District Court Case Cover Sheet ("Cover Sheet") is attached as **Exhibit C**. A true and correct copy of the Delay Reduction Order ("Delay") is attached as **Exhibit D**.

3. Defendant has entered their appearance in the State Court, *see* **Exhibit E**. Defendant has not filed and served an answer or responsive pleading to the Amended Complaint in the State Court.

4. Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint on September 14, 2020, *see* **Exhibit F.** The Court granted the Motion on September 15, 2020, *see* **Exhibit G.**

5. Plaintiff alleges two claims for relief related to his employment with Defendant. Specifically, Plaintiff alleges a claim under the Colorado Anti-Discrimination Act (CADA) and a claim of discrimination and retaliation under the Family and Medical Leave Act (FMLA). Accordingly, removal is appropriate under 28 U.S.C. § 1441.

## PLAINTIFF'S COMPLAINT PRESENTS A FEDERAL QUESTION

6. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that federal courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" ("Federal Question").

7. In this case, it is undisputed that Plaintiff has raised substantial federal issues in his Complaint, as he has alleged a claim of discrimination and retaliation under the FMLA. **Exhibit A, State Complaint at ¶¶ 70-77.**

8. Because Plaintiff's allegations involve violations of the FMLA, a federal statute codified in the United States Code, this claim falls under federal question jurisdiction and is therefore subject to removal to federal court under 28 U.S.C. § 1441(a). *See Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.*, 535 U.S. 826, 830 (2002) (whether a case "arises under" federal law for original jurisdiction purposes is tested by the "well-pleaded complaint" rule which requires federal courts to consider only what necessarily appears in plaintiff's statement of his or her claim); *see also Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 475 (1998) (whether the claim "arises under" federal law for removal purposes is determined by the same "well-pleaded complaint rule" that determines original federal question jurisdiction).

9. Plaintiff also alleges a claim of discrimination under the Colorado Anti-Discrimination Act, C.R.S. § 24-34-401 *et seq*. ("CADA"), which, like Plaintiff's claim of discrimination under the FMLA, also arises out of and is related to Plaintiff's employment with Defendant. **Exhibit A, State Complaint** at ¶¶ 70-77 (FMLA claim); ¶¶ 58–69 (CADA claim). Accordingly, this Court may exercise its supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367(a) while Plaintiff's federal claim is pending.

## VENUE

10. Venue lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the State Action was filed in this District and the State Action asserts that the alleged unlawful actions took place in this District.

11. Defendant has not filed a responsive pleading in the State Court Action. **Exhibit H,** State Court Docket Sheet**.**

12. No hearings have been set in the State Court Action. *Id.*

## REMOVAL

13. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to all parties in this action and will simultaneously file a copy of this Notice of Removal in the District Court, City and County of Denver.

14. No motions are pending and no hearings have been set in the State Action.

15. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

16. In accordance with D.C. COLO.L.CIV.R.81.1, Defendant has attached copies of all state court pleadings, motions, and other papers, including the state court's current docket sheet attached here as **Exhibits A through H.**

WHEREFORE, Defendant Hannover Life Reassurance Company of America respectfully requests that the United States District Court for the District of Colorado accept the removal of this action from the State Court and direct that the District Court for Denver County, Colorado have no further jurisdiction on this matter, unless and until this case is remanded.

Respectfully submitted this 24th day of September, 2020.

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann, #35755
Jonathan H. Geneus, #51456
950 17th St., Suite 2600
Denver, CO 80202
Telephone:  (303) 892-0404
Fax:  (303) 892-5575
ryan.lessmann@jacksonlewis.com
jonathan.geneus@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT HANNOVER LIFE REASSURANCE COMPANY OF AMERICA*

## CERTIFICATE OF SERVICE

I certify that on this 24th day of September, 2020, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via CM/ECF upon the following:

James L. Abrams
401 Westwood Drive
Denver, CO 80206
Telephone: 303-321-6087
Email: abramsjim@gmail.com

Robert L. Allman
Allman, Mitzner & Fawley, LLC
4100 E. Mississippi Ave., Suite 1600
Denver, CO 80246
Telephone: 303-293-9393
Fax: 303-293-3130
Email: rallman@allman-mitzner.com

*ATTORNEYS FOR PLAINTIFF*

                                              s/ Faith Poindexter
                                              for Jackson Lewis P.C.