**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02899-NYW

WILLIAM SELBY,

    Plaintiff,

v.

HANNOVER LIFE REASSURANCE COMPANY OF AMERICA,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, having fully settled the above-referenced civil action, hereby stipulate and jointly move the Court to enter an Order dismissing this action with prejudice, with each party to pay his or its own costs and attorneys' fees.

Respectfully submitted this 13th day of November, 2020.

2

| | |
|---|---|
| *s/James L. Abrams* | *s/Ryan P. Lessmann* |
| James L. Abrams | Ryan P. Lessmann, Esq. |
| 401 Westwood Drive | Jonathan H. Geneus, Esq. |
| Denver, CO 80206 | JACKSON LEWIS P.C. |
| Telephone: (303) 321-6087 | 950 17th St., Suite 2600 |
| abramsjim@gmail.com | Denver, CO 80202 |
| | Telephone: (303) 892-0404 |
| | Fax: (303) 892-5575 |
| Robert L. Allman | ryan.lessmann@jacksonlewis.com |
| Allman, Mitzner & Fawley, LLC | jonathan.geneus@jacksonlewis.com |
| 4100 E. Mississippi Ave., Suite 1600 | |
| Denver, CO 80246 | *ATTORNEYS FOR DEFENDANT* |
| Telephone: (303) 293-9393 | |
| Fax: (303) 293-3130 | |
| rallman@allman-mitzner.com | |

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of November, 2020, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF on the following:

James L. Abrams
401 Westwood Drive
Denver, CO 80206
Telephone: 303-321-6087
Email: abramsjim@gmail.com

Robert L. Allman
Allman, Mitzner & Fawley, LLC
4100 E. Mississippi Ave., Suite 1600
Denver, CO 80246
Telephone: 303-293-9393
Fax: 303-293-3130
Email: rallman@allman-mitzner.com

*ATTORNEY FOR PLAINTIFF*

*s/ Faith Poindexter*
for Jackson Lewis P.C.